# **Index of Exhibits**

Exhibit A – Transcript

Exhibit B – DEA report